MATTER OF NAKATSUGAWA

In Visa Petition Proceedings

A-12225742

*Decided by District Director September 1, 1966*

Since an entomologist is a member of the professions within the meaning of section 101(a)(32), Immigration and Nationality Act, as amended by P.L. 89-236, and since beneficiary, who has a master of science degree in entomology and a doctor's degree in insect toxicology, is a qualified entomologist, a visa petition is approved to accord him preference classification under section 203(a)(3) of the Act, as amended.

The petition was filed to classify the beneficiary as a preference immigrant under section 203(a)(3) of the Immigration and Nationality Act, as amended, as a member of the professions, based upon his qualifications as an entomologist.

The beneficiary is a 33-year-old male citizen of Japan who is presently residing in Ames, Iowa with his wife. The beneficiary received a bachelor's degree in Tokyo University, Tokyo, Japan in 1957. In 1961 he received a master of science degree in entomology from Iowa State University. He received his doctor's degree in insect toxicology from Iowa State University, Ames, Iowa May 29, 1964. While doing graduate work, he was employed as a graduate assistant and research associate to do research at Iowa State University. Since October 1965 he has been employed as research associate to do research on the biochemical toxocology of insecticides by Iowa State University, Ames, Iowa. The beneficiary intends to engage in his profession as an entomologist in the United States.

The Department of Labor has issued a certification pursuant to section 212(a)(14) of the Act, as amended. The certification is to the effect that there are not sufficient qualified entomologists available in the United States and that the employment of such entomologist will not adversely affect the wages and working conditions of workers in the United States similarly employed.

The Dictionary of Occupational Titles, Volume II, second edition, prepared by the United States Department of Labor listed entomol-

ogists among professional occupations under code 0–35.30. In the third edition of this publication entomologists are listed under professional, technical, and managerial occupations, code 041.081. Occupations in this biological science group are concerned with research involving insects and their relation to plant and animal life.

The Occupational Outlook Handbook, 1966-67 edition, of the United States Department of Labor, states that young people seeking professional careers in the biological sciences should plan to obtain an advanced degree, preferably a doctor of philosophy degree. This Handbook further states that a bachelor's degree with a major in one of the biological sciences is adequate preparation for beginning jobs; that a master's degree can qualify for most entry positions in applied research and for some types of positions in college teaching and basic research; and that the doctor of philosophy degree is generally required for higher level college teaching positions, for independent research, and for positions involving the administration of research.

From the foregoing it has been established that the beneficiary is a qualified entomologist and as such is a member of the professions within the meaning of sections 101(a)(32) and 203(a)(3) of the Act, as amended. The petition will, therefore, be approved.

*It is ordered* that the petition be and the same is hereby approved.